400 P.3d 615

**THE BANK OF NEW YORK MELLON, as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-11, Plaintiff-Appellee,**

v.

**Mary Lee COLTON, Defendant-Appellant, and John Does 1-50, Jane Does 1-50, DOE Partnerships 1-50, DOE Corporations 1-50, DOE Entities 1-50, and DOE Governmental Units 1-50, Defendants**

**NO. CAAP-14-0000984**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 21, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 13-1-082K)

SUMMARY DISPOSITION ORDER

Remanded.

400 P.3d 615

**DP, Plaintiff-Appellee,**

v.

**JP, Defendant-Appellant**

**NO. CAAP-16-0000436**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 22, 2017.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT (FC-D NO. 14-1-0175)

## MEMORANDUM OPINION

Affirm.